### SEDGWICK ag[t] ROCK

Robert Sedgewick plaint. ag[t] Joseph Rock Defend[t] in an action of the case for defameing the s[d] Sedgwick and his wife by declaring

them at the County Court held at Charlestown in open Court to have taken a false Oath to the great damage of the plaint. & all other due damages according to attachm$^t$ dat$^d$ January first. 1676. . . . The Jury . . . found for the plaintife One hundred pounds in mony in Six months or that the Def$^t$ make and acknowledgem$^t$ in open Court of his falsely accusing s$^d$ Sedgewick and his wife of perjury, to the Satisfaction of the Court within .24. houres when the Court is full & pay costs of Court twenty three Shillings 4$^d$ [ 420 ]